IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                              PETITIONER

v.                                                    CV NO. 2:12-MJ-2037

RYAN SCOTT DOUGHTY                                                                             RESPONDENT

AMENDED  O R D E R

Before the court is the Defendant's Request for Detention Hearing (ECF No. 5). A hearing was conducted on October 4, 2012 and testimony was received concerning the Defendant's recent drug use and mental health counseling.

The court will take the Release of the Defendant under advisement.  The Defendant is hereby ordered to attend and complete the 28 day residential treatment program at Decision Point, 602 N. Walton Blvd, Bentonville, Arkansas.  Failure to complete the program, or any removal of the Defendant from the Decision Point program shall result in the immediate return of the Defendant to the custody of the U.S. Marshal.

The Defendant is further ordered to comply with all requirements for admission to the Decision Point program and to complete all necessary releases to authorize the release of all treatment information from Western Arkansas Guidance and Counseling to Decision Point of Bentonville Arkansas.

The United States Marshal's Service is hereby authorized to release the Defendant to the custody of his sister, Amber Doughty, for transport to Decision Point and Amber Doughty is directed to return the Defendant to the custody of the U.S. Marshal upon completion of the 28 day residential treatment program unless directed differently by the court.

IT IS SO ORDERED this October 9, 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge